**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Angel RAMIREZ–ESTRADA, Defendant–Appellant.**

No. 06–50473.

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted June 18, 2008.*

Filed July 3, 2008.

Timothy F. Salel, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Zandra L. Lopez, San Diego, CA, for Defendant–Appellant.

Before: THOMAS, W. FLETCHER and CLIFTON, Circuit Judges.

### MEMORANDUM **

Jose Angel Ramirez–Estrada appeals from the 33–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we vacate and remand.

Ramirez–Estrada contends that the district court erred in determining that his Utah state convictions for possession of a controlled substance qualify as aggravated felony convictions for sentencing enhancement purposes. Subsequent to Ramirez–Estrada's sentencing, the Supreme Court decided *Lopez v. Gonzales,* 549 U.S. 47, 127 S.Ct. 625, 633, 166 L.Ed.2d 462 (2006), in which holds that "a state offense constitutes a 'felony punishable under the Controlled Substances Act' only if it proscribes conduct punishable as a felony under that federal law." Because the district court did not have the benefit of the Supreme Court's decision in *Lopez* at the time that it sentenced Ramirez–Estrada, we vacate

the sentence and remand for resentencing. *See United States v. Figueroa–Ocampo,* 494 F.3d 1211, 1217 (9th Cir.2007) (vacating and remanding in light of *Lopez* ).

We express no opinion on the issue whether the 8–level enhancement is appropriate because Ramirez–Estrada's possession offenses qualify as "recidivist possession" under the Controlled Substances Act. *See Lopez,* 127 S.Ct. at 630 n. 6.

**VACATED and REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.